1   Michele Ballard Miller (SBN 104198)
      *mbm@millerlawgroup.com*
2   Ethan Chernin (SBN 273906)
      *ewc@millerlawgroup.com*
3   MILLER LAW GROUP
4   A Professional Corporation
    505 Sansome Street, Suite 1701
5   San Francisco, California 94111
    Tel: (415) 464-4300
6   Fax (415) 464-4336
7   Attorneys for Defendant
    ZAPLABS LLC

8

9   Alex Austin (SBN 180000)
      *austin@austinlawgroup.com*
10  Julien Swanson (SBN 193957)
      *swanson@austinlaw.com*
11  AUSTIN LAW GROUP
12  1161 Mission Street, Suite 508
    San Francisco, California 94103
13  Tel:  (415) 282-4511
    Fax:  (415) 282-4536
14  Attorneys for Plaintiff
    MACKENZIE PARSONS
15

16                  UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

18

19  MACKENZIE PARSONS,                      Case No.: 18-cv-07089-SI

20                  Plaintiff,              **STIPULATION AND REQUEST FOR
                                            CONTINUANCE OF THE INITIAL CASE
21        vs.                               MANAGEMENT CONFERENCE**

22  ZAPLABS, LLC, a Delaware Limited Liability
23  Company, and DOES 1-100,                Complaint Filed:      November 21, 2018

24                  Defendant.

25

26

27        The undersigned counsel of record of the respective parties in the above-

28  entitled action hereby stipulate as follows:

---

1
**STIPULATION AND REQUEST FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT
CONFERENCE -  Case No: 18-cv-07089-SI**

WHEREAS, counsel for Plaintiff Mackenzie Parsons and Defendant ZapLabs LLC (collectively, "the Parties") have agreed to engage in early settlement discussions in order to resolve this matter;

WHEREAS, the Parties have stipulated to a settlement conference with Magistrate Judge Laurel Beeler and Magistrate Judge Beeler set an in-person settlement conference for Tuesday, May 7, 2019 at 10:00 a.m.;

WHEREAS, the Parties believe that this case may resolve at the May 7 settlement conference;

WHEREAS the Parties previously stipulated and requested that the Court continue the Case Management Conference, then set for Friday, March 8, 2019 at 2:30 p.m., to a date after the May 7 settlement conference, and the Court continued the Case Management Conference to May 10, 2019;

WHEREAS, even with the new May 10, 2019 Case Management Conference date the parties must expend time and resources towards preparing a Joint Case Management Conference Report prior to the May 7 settlement conference;

WHEREAS, the Parties are engaging in informal discovery they believe necessary to ensure a possible resolution of the matter at the May 7 settlement conference;

WHEREAS, the Parties desire sufficient time to engage in further discussions among themselves and Judge Beeler after the May 7 settlement conference if a resolution of the matter is not reached on that that date; and

**STIPULATION AND REQUEST FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE -  Case No: 18-cv-07089-SI**

1    WHEREAS, the Parties stipulate and request that the Court further continue the

2   Case Management Conference to a date after May 14, 2019 to permit the Parties to devote

3   their time and resources towards reaching resolution of this matter at the May 7, 2019

4   Settlement Conference.

5

6        **IT IS SO STIPULATED.**

7

8   Dated:  April 24, 2019                      AUSTIN LAW GROUP

9

10                                              By: /s/ Julien Swanson
                                                    Julien Swanson
11                                                  Attorneys for Plaintiff
                                                    MACKENZIE PARSONS
12

13  Dated:  April 24, 2019                      MILLER LAW GROUP
                                                A Professional Corporation
14

15
                                                By: /s/ Michele Ballard Miller
16                                                  Michele Ballard Miller
                                                    Attorneys for Defendant
17                                                  ZAPLABS LLC

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND REQUEST FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT
CONFERENCE -  Case No: 18-cv-07089-SI

1

**[PROPOSED] ORDER**

2

3              It is ORDERED that the Case Management Conference currently set for May

4    10, 2019 be continued to ___May 24_____, 2019.

5

6        Dated: 4/245/19

7                                                    _____
                                                     Susan Illston
8                                                    United States District Judge

9    4834-7319-4633, v. 3

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND REQUEST FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT
CONFERENCE -  Case No: 18-cv-07089-SI**