MICHELE BALLARD MILLER (SBN 104198)
MILLER LAW GROUP
A Professional Corporation
505 Sansome Street Suite 1701
San Francisco CA 94111
Tel: 415-464-4300
Fax: 415-464-4336
mbm@millerlawgroup.com

Attorney for Defendant ZAPLABS LLC


JULIEN SWANSON (SBN 193957)
AUSTIN LAW GROUP
1811 Folsom Street
San Francisco, California 94103
Tel: (415) 282.4511
Fax: (415) 282.4536
swanson@austinlawgroup.com

Attorney for Plaintiff MACKENZIE PARSONS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACKENZIE PARSONS<br><br>Plaintiff,<br><br>v.<br><br>ZAPLABS, LLC, a Delaware Limited Liability Company, and DOES 1-100<br><br>Defendants. | Case No. 3:18-cv-7089-SI ~~(LA)~~<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Stipulation and Order for Dismissal
*Parsons v. Zaplabs* Case No. 3:18-cv-7089
Page 1

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims against all parties, with each party to bear its own attorney's fees and costs.

DATED: May 15, 2019

Respectfully submitted,

AUSTIN LAW GROUP

By: */s/ Julien Swanson*
Julien Swanson, Esq.
Attorney for Plaintiff PARSONS

DATED: June 13, 2019

Respectfully submitted,

MILLER LAW GROUP
A Professional Corporation

By: */s/ Michele Ballard Miller*
Michele Ballard Miller, Esq.
Attorney for Defendant ZAPLABS LLC

### **ORDER**

Pursuant to the joint stipulation of the parties, the entire above action is hereby dismissed with prejudice.

Dated: _June 14_____, 2019

_____
The Honorable Susan Illston
United States District Court

Stipulation and Order for Dismissal
*Parsons v. Zaplabs* Case No. 3:18-cv-7089
Page 2